# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK 10007-3001
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

Paul A. Krez
Edward A. Flores
Gregory Wilson
Edwin H. Knauer †
Joseph M. Hiraoka, Jr.
William J. Blumenschein ◊
N. Jeffrey Brown ∆
Virginia Gillikin
Mark A. Taustine
Larisa Girsh †

Karen S. Drotzer
Jonathan D. Goldsmith †

† Admitted in NY & NJ
∆ Admitted in NY, NJ & OH
◊ Admitted in NY & VT

January 8, 2019

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Ornald Burnazi v. P.O. Richard Formato, Turia Primus, et al.</u>
    Civil Action No.: 18-cv-04363(BMC)

Dear Judge Cogan:

   I represent defendants Richard Formato and Turia Primus in the above matter. This is a request for an extension of time pursuant to FRCP 6(b)(1) and (A) by which to respond to the plaintiff's complaint. Efforts to reach plaintiff's counsel to request his consent to a thirty (30) day extension of time for the named defendants to respond to plaintiff's complaint in this matter to January 28, 2019 have been unsuccessful.

   Plaintiff filed this action on October 12, 2018. It appears that defendant Turia Primus was served on December 20, 2018. Thus, her answer is due on January 9, 2019. Good cause exists for this extension to allow the defendants time to conduct an investigation into the allegations of the complaint prior to responding to the complaint. There have been no prior requests for an extension of time to respond to the complaint, and this request does not affect any other scheduled deadlines.

<u>Ornald Burnazi v. P.O. Richard Formato, Turia Primus, et al.</u>
January 8, 2019
Page 2

      Thank you for your consideration.

                              Very truly yours,

                              N. JEFFREY BROWN (NB6038)
                              KREZ & FLORES, LLP
                              Attorneys for Defendants
                              Richard Formato and Turia Primus
                              225 Broadway, Suite 2800
                              New York, New York 10007
                              (212) 266-0400

NJB/ch

cc:

Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, New York 10007
(212) 822-1427

It is So-Ordered

Dated:

_____
United States District Court Judge